**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMUNDO JUAREZ,<br><br>             Petitioner,<br><br>       vs.<br><br>STUART J. RYAN, WARDEN,<br><br>             Respondent. | CASE NO. SA CV 06-00158 AG (RZ)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: February 28, 2009

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE