O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EDMUNDO JUAREZ,                    )          CASE NO. SA CV 06-00158 AG (RZ)
                                  )
              Petitioner,         )
                                  )          JUDGMENT
       vs.                        )
                                  )
STUART J. RYAN, WARDEN,           )
                                  )
              Respondent.         )
_____  )

        This matter came before the Court on the Petition of EDMUNDO JUAREZ,
for a writ of habeas corpus.  Having reviewed the Petition and supporting papers, and
having accepted the findings and recommendation of the United States Magistrate Judge,
        IT IS ORDERED AND ADJUDGED that the Petition is denied and the action
is dismissed with prejudice.


DATED: February 28, 2009



                                          _____
                                          ANDREW J. GUILFORD
                                          UNITED STATES DISTRICT JUDGE